# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE MAE SAWYER, as Daughter and Administrator of the Estate of ARTHUR WATERS, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 2:12-0020-KD-M ) |
| SYLVIA COLLINS, BOBBY SANDERS, and JAMES HOOD, | ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Court's Order entered this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that

1) Plaintiff Johnnie Mae Sawyer's claims pursuant to 42 U.S.C. § 1983 are dismissed with prejudice and **JUDGMENT** is entered against Sawyer and in favor of all defendants on Sawyer's claims in Count I of the Second Amended Complaint; and

2) Sawyer's state law claims against defendants Sylvia Collins and Bobby Sanders (Count 2) are DISMISSED without prejudice and the Court declines to continue exercising supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

**DONE** and **ORDERED** this the 24th day of February 2014.

                                            s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**